## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, INC

                            Plaintiff,

v.                                          Case No.: 1:16−cv−07680
                                            Honorable John J. Tharp Jr.

Does 1−28

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr: For the reasons explained in the Court's order dated 7/16/15 in case number 15 C 5277, the Court grants Plaintiffs motion for leave to take early discovery [8]. No appearance on the motion is required. However, Plaintiff may not publish the identities of the Doe defendants in any way without further leave of court. Additionally, within three business days after the information requested in the subpoena is produced, Plaintiff's counsel is directed to provide the persons identified by that information with a copy of this order, and a copy of the 7/16/15 order entered in case number 15 C 5277, via overnight delivery. The Doe defendants so identified shall have 30 days from the date they receive a copy of the orders to file an objection or other appropriate motion with this Court. The Doe defendants may proceed in this case by pseudonym (based on their Doe numbers or IP addresses) until further order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.